

**Darren V Michael**

September 10 at 5:06 PM · 🌐

...

News Article ⓘ

# Charlie Kirk Says Gun Deaths 'Unfortunately' Worth it to Keep 2nd Amendment

PUBLISHED  APR 06, 2023 AT 05:39 PM EDT

UPDATED  APR 07, 2023 AT 08:44 AM EDT

Case 3:26-cv-01122   Document 1-1   Filed 08/07/26   Page 1 of 1 PageID #: 25