**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| DARREN V. MICHAEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No.  3:26-cv-1122 |
| ) | Judge Trauger |
| MARSHA BLACKBURN *in her individual* ) | |
| *capacity and as United States Senator*, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon the reassignment of this case to Judge Trauger, the reference to the Magistrate Judge is hereby withdrawn and the initial case management conference scheduled before him on December 17, 2026 is cancelled.

The Clerk shall issue Judge Trauger's standard Notice resetting this case for an initial case management conference before her.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge