**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DARREN V. MICHAEL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:26-cv-01122** |
| | ) | |
| **MARSHA BLACKBURN, in her individual capacity and as United Senator,** | ) | **Judge Aleta A. Trauger** |
| | ) | |
| **Defendant.** | ) | |

---

**DEFENDANT'S MOTION TO DISMISS**

---

Defendant Senator Marsha Blackburn, by and through undersigned counsel, moves to dismiss Plaintiff's Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, as set forth below and in her contemporaneously filed Memorandum of Law in Support:

1. Under Rule 12(b)(1), Plaintiff's alleged injuries are not fairly traceable to Senator Blackburn for purposes of Article III standing;

2. Under Rule 12(b)(1), Plaintiff's claims are moot because his Settlement Agreement with his employer fully redressed the alleged injuries before this action was filed, leaving no live case or controversy;

3. Under Rule 12(b)(6), Plaintiff's § 1983 First Amendment retaliation claim fails because Senator Blackburn is a federal official and the Complaint does not allege action under color of state law;

4. Under Rule 12(b)(6), any First Amendment retaliation claim asserted under *Bivens* fails because no *Bivens* remedy exists for First Amendment retaliation claims;

5. Under Rule 12(b)(6), Senator Blackburn is immune from suit: sovereign immunity bars the official-capacity claims, and qualified immunity bars the individual-capacity claims;

6. Under Rule 12(b)(6), because Count I is the sole federal claim, the Court should decline supplemental jurisdiction over the remaining state-law claims—Counts II–IV—if Count I is dismissed;

7. Under Rule 12(b)(6), Counts II–IV are independently barred by the First Amendment because the only conduct alleged against Senator Blackburn is speech on a matter of public concern;

8. Under Rule 12(b)(6), Count II, for tortious interference with contract, is inadequately pleaded because Plaintiff does not allege an improper motive, improper means, independent damages, or proximate causation;

9. Under Rule 12(b)(6), Count III, for intentional infliction of emotional distress, fails because a one-line public question about a public controversy does not constitute conduct beyond all possible bounds of decency;

10. Under Rule 12(b)(6), Count IV, for negligent infliction of emotional distress, fails because the alleged conduct was intentional rather than negligent, and Plaintiff does not allege a cognizable duty, causation, or a medically established severe emotional injury;

11. Under Rule 12(b)(6), Plaintiff's requested injunctive relief constitutes an unconstitutional prior restraint on a sitting Senator's public speech and is thus unavailable; and

12. Under Rule 12(b)(6), punitive damages are unavailable against Senator Blackburn in either her official or individual capacity.

WHEREFORE, Defendant Senator Blackburn respectfully requests that this Court grant this Motion, dismiss all claims asserted against her in Plaintiff's Complaint with prejudice, and grant such other and further relief as this Court deems just and proper.

Date: September 15, 2026

Respectfully submitted,

*/s Brandon J. Smith*

Brandon J. Smith, BPR No. 037272
Kevin M. Kreutz, BPR No. 040686
J. Dylan Harper, BPR No. 036820
Andrew Wilson, BPR No. 040532
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
1221 Broadway, Suite 2100
Nashville, Tennessee 37203
Telephone: (615) 647-8528
*bsmith@holtzmanvogel.com*

*Counsel for Defendant*
*Senator Marsha Blackburn*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2026, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. mail. Parties may access this filing through the Court's electronic filing system.

David L. King
Tennessee Law Group
1300 Division Street
Nashville, TN 37203
(615) 742-5373
david@mylawyertennessee.com

Meggan B. Sullivan
410A 37th Avenue North
Nashville, TN 37209
(615) 457-0449
megganbsullivan@gmail.com

Respectfully submitted,

*/s/ Brandon J. Smith*

Brandon J. Smith, BPR No. 037272
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
1221 Broadway, Suite 2100
Nashville, Tennessee 37203
Telephone: (615) 647-8528
*bsmith@holtzmanvogel.com*

*Counsel for Defendant*
*Senator Marsha Blackburn*