Motion GRANTED.
Extension to 11/20/2026.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DARREN V. MICHAEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:26-cv-01122 |
| | ) | Judge Trauger |
| MARSHA BLACKBURN, in her Individual Capacity and as United States Senator, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR A THREE-DAY EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SANCTIONS**

Plaintiff Darren V. Michael, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rules 6.01 and 7.01, respectfully moves for a three-day extension of time to respond to Defendant Marsha Blackburn's Motion for Sanctions (Doc. No. 30). In support of this Motion, Plaintiff states:

1. Defendant filed her Motion for Sanctions on November 3, 2026. (Doc. No. 30.)

2. Under Local Rule 7.01(a)(3), Plaintiff's response presently is due on November 17, 2026.

3. Plaintiff requests a three-day extension, through and including November 20, 2026, to file his response.

4. Good cause supports this limited extension. Beginning on November 12,2026, a widespread global Microsoft 365 outage disrupted Outlook, Exchange Online, Teams, and related services. Microsoft tracked the incident as MO1550821 and acknowledged problems accessing Exchange Online mailboxes, intermittent service availability, and delayed email delivery. The disruption