**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| DARREN V. MICHAEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:26-cv-1122 |
| | ) | Judge Trauger |
| MARSHA BLACKBURN *in her individual capacity and as United States Senator*, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

It is hereby ORDERED that plaintiff's counsel must give at least two business days' notice to defense counsel of proposed filings that require that the position of opposing counsel be reflected in the motion. The court agrees with defense counsel's frustration with plaintiffs' counsel's pattern of lax attention to procedural matters in this litigation.

It is so **ORDERED**.

ALETA A. TRAUGER
U.S. District Judge